IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY FINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-913-T |
| | ) | WO |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 28, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Plaintiff's claims against the State of Alabama are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B) (I).

2. The State of Alabama is DISMISSED as a party to this complaint; and

3. This case with respect to the remaining Defendants is referred back to the Magistrate Judge for additional proceedings.

Done this the 28th day of October 2005.

                                                   /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE