# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY FINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-cv-913-WKW |
| | ) |
| SHERIFF LAMAR GLOVER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. # 41) in this case. The plaintiff did not file an objection. After an independent review of the record, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 41) is ADOPTED;

2. This case is DISMISSED without prejudice for failure of plaintiff to prosecute the action and comply with the orders of the court.

An appropriate judgment will be entered.

DONE this 5th day of July, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE